UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-24670-XXXX

SHANTEE REESE,

    *Plaintiff*,

v.

ALORICA, INC., a Foreign Profit Corporation

    *Defendant*.

_____/

### DEFENDANT'S NOTICE OF FILING DECLARATION OF SUSANNAH LAWLER IN SUPPORT OF DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL

Defendant, Alorica, Inc. ("Defendant"), by and through its undersigned counsel gives Notice of Filing the Declaration of Susannah Lawler in Support of Defendant's Notice of and Petition for Removal, attached hereto as "Exhibit A."[1]

    Respectfully submitted,

    JACKSON LEWIS P.C.
    One Biscayne Tower, Suite 3500
    Two South Biscayne Boulevard
    Miami, Florida 33131
    Telephone: (305) 577-7600

    */s/ Dion Cassata*
    Dion Cassata, Esq.
    Email: *dion.cassata@jacksonlewis.com*
    Florida Bar No. 672564

    *Counsel for Defendant*

---

[1] The Declaration was inadvertently not attached to the Notice of and Petition for Removal filed yesterday, and should be considered as "Exhibit A" to same.

CASE NO.: 1:23-cv-24670-XXXX

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 12, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF and Electronic Mail.

*/s/ Dion Cassata*
Dion Cassata, Esq.

## **SERVICE LIST**

| | |
|---|---|
| Kyle T. MacDonald, Esq. | Dion J. Cassata., |
| Florida Bar No. 1038749 | Florida Bar No. 672564 |
| Email: *Kyle@dereksmithlaw.com* | E-mail: *dion.cassata@jacksonlewis.com* |
| | |
| DEREK SMITH LAW GROUP, PLLC | JACKSON LEWIS P.C. |
| 520 Brickell Key Drive, Suite O-301 | One Biscayne Tower, Suite 3500 |
| Miami, Florida 33131 | Two South Biscayne Boulevard |
| Telephone:  (305) 946-1884 | Miami, Florida 33131 |
| Facsimile:  (305) 503-6741 | Telephone: (305) 577-7600 |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |