**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.:23-24670-CIV-LENARD/DAMIAN

**SHANTEE REESE**,

    Plaintiff,

v.

**ALORICA, INC.**,
a Foreign Profit Corporation,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The Court, having reviewed the Defendant's Unopposed Motion for an Extension of Time to File their Response to Plaintiff's Complaint [ECF No. 8] ("Motion"), hereby ORDERS as follows:

1. The Defendant's Motion is GRANTED.

2. Defendant shall have, up to and including, <u>January 2, 2024</u>, in which to file their Response to Plaintiff's Complaint [ECF No. 1, Ex. A].

DONE AND ORDERED this ____ day of December 2023, in Miami, Florida.

                                                    JOAN A. LENARD
                                                    UNITED STATES DISTRICT JUDGE

cc:    *Copies furnished to all counsel via CM/ECF*