UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SHANTE REESE,

        Plaintiff,                                  CASE NO.: 1:23-cv-24670-JAL

v.

ALORICA, INC.,

        Defendant.

_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, SHANTE REESE ("Plaintiff" and/or "Ms. Reese"), by and through her undersigned counsel, hereby submits the following complete list of interested persons and corporations in this action, as required by the Court's December 13, 2023, Order [D.E. 6]:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly—traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

   a. **Shante Reese,** *Plaintiff*
      **c/o Derek Smith Law Group, PLLC**
      **520 Brickell Key Dr, Suite O-301**
      **Miami, Florida 33131**

   b. **Alorica, Inc.,** *Defendant*
      **c/o Jackson Lewis, P.C.**
      **One Biscayne Tower, Suite 3500**
      **Two South Biscayne Boulevard**
      **Miami, Florida 33131**

   c. **Kyle T. MacDonald, Esq.,** *Counsel for Plaintiff*
      **Derek Smith Law Group, PLLC**

1

        **520 Brickell Key Dr, Suite O-301**
        **Miami, Florida 33131**

    d. **Derek Smith Law Group, PLLC,** *Counsel for Plaintiff*
        **520 Brickell Key Dr, Suite O-301**
        **Miami, Florida 33131**

    e. **Dion J. Cassata, Esq.,** *Counsel for Defendant*
        **Jackson Lewis, P.C.**
        **One Biscayne Tower, Suite 3500**
        **Two South Biscayne Boulevard**
        **Miami, Florida 33131**

    f. **Jackson Lewis, P.C.,** *Counsel for Defendant*
        **One Biscayne Tower, Suite 3500**
        **Two South Biscayne Boulevard**
        **Miami, Florida 33131**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    **Shante Reese,** *Plaintiff*

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

| | |
|---|---|
| Dated: Miami, Florida<br>December 19, 2023, | **DEREK SMITH LAW GROUP, PLLC**<br>*Counsel for Plaintiff*<br><br>/s/ Kyle T. MacDonald<br>Kyle T. MacDonald, Esq.<br>Florida Bar No.: 1038749<br>Derek Smith Law Group, PLLC<br>520 Brickell Key Drive, Suite O-301<br>Miami, FL 33131<br>Tel: (305) 946-1884<br>Fax: (305) 503-6741<br>Kyle@dereksmithlaw.com |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on December 19, 2023, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

**SERVICE LIST**

**JACKSON LEWIS, P.C.**

Dion J. Cassata, Esq.
Florida Bar No.: 672564
Email: dion.cassata@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466

*Counsel for Defendant Alorica, Inc.*