**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

SHANTE REESE,

      Plaintiff,                                           CASE NO.: 1:23-cv-24670-JAL

v.

ALORICA, INC.,

      Defendant.
_____/

**PLAINTIFF'S NOTICE OF RELATED CASES**

Plaintiff, SHANTE REESE ("Plaintiff" and/or "Ms. Reese"), by and through her undersigned counsel, hereby provides the following notice, as required by the Court's December 13, 2023, Order [D.E. 6]:

Undersigned counsel is unaware of any actions that constitute a previous filing of the above-captioned cause or that concern substantially similar factual allegations and legal issues.

| | |
|---|---|
| Dated:  Miami, Florida<br>              December 19, 2023, | **DEREK SMITH LAW GROUP, PLLC**<br>*Counsel for Plaintiff*<br><br>/s/ Kyle T. MacDonald<br>Kyle T. MacDonald, Esq.<br>Florida Bar No.: 1038749<br>Derek Smith Law Group, PLLC<br>520 Brickell Key Drive, Suite O-301<br>Miami, FL 33131<br>Tel: (305) 946-1884<br>Fax: (305) 503-6741<br>Kyle@dereksmithlaw.com |

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on December 19, 2023, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**JACKSON LEWIS, P.C.**

Dion J. Cassata, Esq.
Florida Bar No.: 672564
Email: dion.cassata@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466

*Counsel for Defendant Alorica, Inc.*