UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:23-24670-CIV-LENARD/DAMIAN

SHANTEE REESE,

    Plaintiff,
v.

ALORICA, INC.,
a Foreign Profit Corporation,

    Defendant.
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Defendant, Alorica, Inc., pursuant Court's order [DE 6] hereby files this Certificate of Interested Parties and Disclosure Statement, and states that the following person, attorneys, associated person, firms, law firms, partnerships, and /or corporations that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case:

1. Shantee Reese, is an individual and has no corporate parents or affiliates.

2. Kyle T. MacDonald, attorney for Plaintiff.

3. Derek Smith Law Group, PLLC, Law firm for counsel for Plaintiff

4. Alorica, Inc., Defendant

5. Dion J. Cassata, attorney for Defendant

6. Jackson Lewis, P.C., Law firm for counsel for Defendant

*CASE NO.:23-24670-CIV-LENARD/DAMIAN*

| | |
|---|---|
| Dated:  December 28, 2023 | Respectfully submitted, |

<div style="margin-left:auto;">

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 2500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*/s/ Dion Cassata*
Dion J. Cassata, Esq.
Email: *dion.cassata@jacksonlewis.com*
Florida Bar No. 672564

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendant*

</div>

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified in the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF and Electronic Mail.

*s/ Dion J. Cassata*
Dion J. Cassata, Esq.

*CASE NO.:23-24670-CIV-LENARD/DAMIAN*

## SERVICE LIST

| | |
|---|---|
| Kyle T. MacDonald, Esq.<br>Florida Bar No.: 1038749<br>E-mail: *kyle@dereksmithlaw.com*<br><br>DEREK SMITH LAW GROUP, PLLC<br>520 Brickell Key Drive, Suite O-301<br>Miami, Florida 33131<br>Telephone: (305) 946-1884<br><br>*Counsel for Plaintiff* | Dion J. Cassata, Esq.<br>Florida Bar No. 672564<br>E-mail:  *dion.cassata@jacksonlewis.com*<br><br>JACKSON LEWIS P.C.<br>One Biscayne Tower, Suite 3500<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 577-7600<br><br>*Counsel for Defendant* |

4893-2962-9849, v. 1