UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:23-24670-CIV-LENARD/DAMIAN

**SHANTEE REESE**,

    Plaintiff,

v.

**ALORICA, INC.**,
a Foreign Profit Corporation,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The Court, having reviewed the Defendant's Unopposed Motion for an Extension of Time to File their Response to Plaintiff's Complaint [ECF No. 1] ("Motion"), hereby ORDERS as follows:

1. The Defendant's Motion is GRANTED.

2. Defendant shall have, up to and including, January 16, 2024, in which to file their Response to Plaintiff's Complaint [ECF No. 1, Ex. A].

DONE AND ORDERED this _____ day of January 2024, in Miami, Florida.

                                                                   _____
                                                                   JOAN A. LENARD
                                                                   UNITED STATES DISTRICT JUDGE

cc:    *Copies furnished to all counsel via CM/ECF*

4880-4838-5690, v. 1