UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:23-24670-CIV-LENARD/DAMIAN

SHANTEE REESE,

    Plaintiff,

v.

ALORICA INC.,
a Foreign Profit Corporation,

    Defendant.
_____/

## JOINT NOTICE OF FILING MAGISTRATE CONSENT FORM

Plaintiff, SHANTEE REESE, and Defendant, ALORICA INC. (collectively the "Parties"), by and through their respective undersigned counsel, and pursuant to this Court's Order Referring Discovery Disputes and Certain Pretrial Motion to Magistrate Judge; Directing Parties to File a Notice of Refiling and/or of Related Cases; Requiring Completion for Form Consenting to Jurisdiction by Magistrate Judge; Notice of Court Practice in Removal Actions; and Directing Parties to File a Joint Scheduling Report and Form [ECF 6-1], hereby give notice of jointly filing their Magistrate Consent Form.  The jointly Magistrate Consent Form is attached hereto as Exhibit "A".

Dated:  February 5, 2024

| | |
|---|---|
| By: *s/Kyle T. MacDonald* | By: *s/ Dion J. Cassata* |
| Kyle T. MacDonald, Esq. (1038749) | Dion J. Cassata, Esq. (672564) |
| **DEREK SMITH LAW GROUP, PLLC** | **JACKSON LEWIS P.C.** |
| | One Biscayne Tower, Suite 3500 |
| 520 Brickell Key Drive, Suite O-301 | 2 South Biscayne Boulevard |
| Miami, Florida 33131 | Miami, Florida 33131 |
| Telephone:  (305) 946-184 | Telephone: (305) 577-7600 |
| Email: *kyle@dereksmithlaw.com* | Email: *dion.cassata@jacksonlewis.com* |
| *Counsel for Plaintiff* | *Counsel for Defendants* |