# EXHIBIT A

# JOINT CONSENT TO JURISDICTION BY A
# UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned Parties to the above-captioned civil matter, by and through their undersigned counsel, hereby voluntarily consent to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto.

| # | Matter | Yes | No |
|---|---|---|---|
| 1. | Motions concerning Discovery | ✓ | |
| 2. | Motions for Costs | ✓ | |
| 3. | Motions for Attorney's Fees | ✓ | |
| 4. | Motions for Sanctions or Contempt | ✓ | |
| 5. | Motions to Dismiss or for Judgment on the Pleadings | ✓ | |
| 6. | Motions to Certify or Decertify Class | ✓ | |
| 7. | Motions for Preliminary Injunction | ✓ | |
| 8. | Motions for Summary Judgment | | |
| 9. | Motions to Remand (in removal cases) | ✓ | |
| 10. | All other Pre-Trial Motions | | ✓ |
| 11. | Jury or Non-Jury Trial on Merits and Trial Motions, including Motions in Limine | | ✓ |

_____          _____
(Date)                                Signature of
                                      Counsel for _____

1/29/2024                             [signature]
(Date)                                Signature of
                                      Counsel for DEFENDANT, ALORICA INC.

_____          _____
(Date)                                Signature of
                                      Counsel for _____

_____          _____
(Date)                                Signature of
                                      Counsel for _____