UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-24670-CIV-LENARD/DAMIAN

**SHANTEE REESE,**

    Plaintiff,

v.

**ALORICA, INC.,**

    Defendant.
_____/

## ORDER REFERRING CERTAIN MATTERS TO MAGISTRATE JUDGE

**THIS CAUSE** is before the Court *sua sponte*. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, and with the consent to jurisdiction of both parties in this suit, the above captioned cause is referred to United States Magistrate Judge Melissa Damian to take all necessary and proper action as required by law, and to render a final Order, as appropriate, with respect to **Motions concerning Discovery, Motions for Costs, Motions for Attorney's Fees, Motions for Sanctions or Contempt, Motions to Dismiss or for Judgment on the Pleadings, Motions to Certify or Decertify a Class, Motions for Preliminary Injunction, and Motions to Remand.**

It is further

**ORDERED AND ADJUDGED** that the Parties are directed to indicate on the first page, under the case number, of all motions as agreed above and related papers filed hereafter, that the motion is a "Consent Motion."

**DONE AND ORDERED** in Chambers at Miami, Florida this 6th day of February, 2024.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**