UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:23-24670-CIV-LENARD/DAMIAN

SHANTEE REESE,

     Plaintiff,

v.

ALORICA INC.,
a Foreign Profit Corporation,

     Defendant.
_____/

**<u>NOTICE OF SELECTION OF MEDIATOR</u>**

Pursuant to this Court's Order, dated February 06, 2024 [ECF 24], Plaintiff, Shantee Reese,

and Alorica Inc., hereby give notice that the Parties have mutually agreed upon the designation of

Marlene Quintana, Esq., Gray Robinson, P.A., 333 S.E. 2nd Avenue, Suite 3200, Miami, FL 33131,

Telephone (305) 416-6977, to serve as mediator in this matter.

Dated:  February 16, 2024        Respectfully submitted,

*s/ Dion Cassata*
Dion J. Cassata, Esq.
Email: *dion.cassata@jacksonlewis.com*
Florida Bar No. 672564

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on

February 16, 2024, on all counsel of record on the Service List below via transmission of Notices

of Electronic Filing generated by CM/ECF.

*s/ Dion J. Cassata*
Dion J. Cassata, Esq.

## SERVICE LIST

Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749
E-mail: *kyle@dereksmithlaw.com*

DEREK SMITH LAW GROUP, PLLC
520 Brickell Key Drive, Suite O-301
Miami, Florida 33131
Telephone: (305) 946-1884

*Counsel for Plaintiff*

Dion J. Cassata, Esq.
Florida Bar No. 672564
E-mail:  *dion.cassata@jacksonlewis.com*

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendant*