UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SHANTE REESE,

      Plaintiff,                                  CASE NO.: 1:23-cv-24670-JAL

v.

ALORICA, INC.,

      Defendant.
_____/

**AMENDED NOTICE OF MEDIATOR SELECTION**

Plaintiff, SHANTE REESE, by and through her undersigned counsel and pursuant to the Court's February 21, 2024, Order [D.E. 27], hereby notifies the Court that the Parties have selected Robyn S. Hankins, Esq., as mediator in the above-captioned matter. A Proposed Order Scheduling Mediation has been attached herein.

Dated:  Miami, Florida                  **DEREK SMITH LAW GROUP, PLLC**
         February 29, 2024,            *Counsel for Plaintiff*

                                                */s/ Kyle T. MacDonald*
                                                Kyle T. MacDonald, Esq.
                                                Florida Bar No.: 1038749
                                                Derek Smith Law Group, PLLC
                                                520 Brickell Key Drive, Suite O-301
                                                Miami, FL 33131
                                                Tel: (305) 946-1884
                                                Fax: (305) 503-6741
                                                Kyle@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on February 29, 2024, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**JACKSON LEWIS, P.C.**

Dion J. Cassata, Esq.
Florida Bar No.: 672564
Email: dion.cassata@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466

*Counsel for Defendant Alorica, Inc.*