**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 23-24670-CIV-LENARD/DAMIAN

**SHANTEE REESE,**

      Plaintiff,

**v.**

**ALORICA, INC.,**

      Defendant.

_____/

## ORDER SCHEDULING MEDIATION

**The mediation conference** in this matter shall be held with Robyn S. Hankins, Esq., on June 11, 2024, at 10:00 a.m., via Zoom or other comparable video conferencing technology.  This date has been agreed to by the Mediator and the Parties and shall not be rescheduled without leave of Court.

Within seven (7) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present.  The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** in Chambers at Miami, Florida this 29th day of February, 2024.

*Joan A. Lenard*

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**