# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

SHANTEE REESE,

    Plaintiff,                                  CASE NO. 1:23-cv-24670-JAL

v.

ALORICA, INC.,

    Defendant.

_____/

## JOINT NOTICE OF RE-FILING MAGISTRATE CONSENT FORM

Plaintiff, SHANTE REESE, and Defendant, ALORICA INC. (collectively the "Parties"), by and through their respective undersigned counsel, and pursuant to this Court's Order dated March 21, 2024 [D.E. 30], hereby give notice of jointly re-filing the Joint Consent to Jurisdiction by a United States Magistrate Judge form, a copy of which is attached hereto and marked as Exhibit A.

Dated: March 27, 2024

| | |
|---|---|
| **DEREK SMITH LAW GROUP, PLLC** | **JACKSON LEWIS P.C.** |
| By: */s/ Kyle T. MacDonald* | By: */s/ Dion J. Cassata* |
| Kyle T. MacDonald, Esq. | Dion J. Cassata, Esq. |
| Florida Bar No. 1038749 | Florida Bar No. 672564 |
| 520 Brickell Key Drive, Suite O-301 | One Biscayne Tower, Suite 3500 |
| Miami, FL 33131 | 2 South Biscayne Boulevard |
| Tel: (305) 946-1884 | Miami, FL 33131 |
| Fax: (305) 503-6741 | Telephone: (305) 577-7600 |
| kyle@dereksmithlaw.com | Email: dion.cassata@jacksonlewis.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |