**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

SHANTE REESE,

      Plaintiff,                                    CASE NO.: 1:23-cv-24670-JAL

v.

ALORICA, INC.,

      Defendant.
_____/

## PROPOSED ORDER GRANTING JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE

THIS CAUSE is before the Court on the Parties' Joint Motion for Extension of Discovery Deadline [D.E. 34] filed April 2, 2024, and the Court, having considered the Motion, and being otherwise fully apprised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is hereby GRANTED. The discovery deadline contained in the Scheduling Order [D.E. 23] is hereby extended to July 26, 2024. All other deadlines remain in effect.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida, on this ___ day of _____ 2024.

                                                      THE HONORABLE JOAN A. LENARD
                                                    UNITED STATES DISTRICT JUDGE

*Copies Furnished to All Counsel of Record*