# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SHANTE REESE,

      Plaintiff,                                  CASE NO.: 1:23-cv-24670-JAL

v.

ALORICA, INC.,

      Defendant.
_____/

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S DISCOVERY RESPONSES**

THIS CAUSE is before the Court on the Plaintiff's Motion to Compel Defendant's Discovery Responses, for which a hearing was held on May 29, 2024, and the Court, having considered the Motion, and being otherwise fully apprised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is hereby GRANTED. The Defendant shall provide its responses to Plaintiff's First Set of Interrogatories and Plaintiff's First Request for Production within seven (7) days of the date of this order. The Defendant's responses shall not assert any objections other than those based on the attorney-client or work-product privileges, nor withhold any responsive information or documents on the basis of the aforementioned objections.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida, on this ____ day of _____ 2024.

                                                                           _____
                                                                           THE HONORABLE MARTY FULGUEIRA ELFENBEIN
                                                                             UNITED STATES MAGISTRATE JUDGE

*Copies Furnished to All Counsel of Record*