UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SHANTE REESE,

    Plaintiff,                              CASE NO.: 1:23-cv-24670-JAL

v.

ALORICA, INC.,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF HEARING

Plaintiff, SHANTE REESE ("Plaintiff"), by and through her undersigned counsel, has set a hearing on the Court's calendar, before the Honorable Marty Fulgueira Elfenbein, on the date and time set forth below, for the following matters to be heard:

**DATE AND TIME:** June 14, 2024, at 11:00 AM

**JUDGE:** The Honorable Marty Fulgueira Elfenbein

**LOCATION:** C. Clyde Atkins United States Courthouse
Courtroom 5
301 North Miami Avenue
Miami, Florida 33128

## MATTERS TO BE HEARD

1. The Parties dispute whether the Defendant should be compelled to provide amended responses to Plaintiff's First Set of Interrogatories and Plaintiff's First Request for Production due to non-compliance with the Court's June 4, 2024, Order [ECF No. 40].

2. The Parties further dispute whether the Defendant should be sanctioned for (1) failing to comply with the Court's June 4, 2024, Order [ECF No. 40], (2) making

misrepresentations to the Court regarding its discovery responses, and (3) failing to appear for the Rule 30(b)(6) deposition which was to be held on June 6, 2024.

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the Plaintiff has conferred with counsel for the Defendant in a good-faith effort to resolve the issues raised in the motion and has been unable to do so.

| | |
|---|---|
| Dated: Miami, Florida<br>June 11, 2024, | **DEREK SMITH LAW GROUP, PLLC**<br>*Counsel for Plaintiff*<br><br>*/s/ Kyle T. MacDonald*<br>Kyle T. MacDonald, Esq.<br>Florida Bar No.: 1038749<br>Derek Smith Law Group, PLLC<br>520 Brickell Key Drive, Suite O-301<br>Miami, FL 33131<br>Tel: (305) 946-1884<br>Fax: (305) 503-6741<br>Kyle@dereksmithlaw.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on June 11, 2024, on all counsel of record on the service list below via CM/ECF.

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**JACKSON LEWIS, P.C.**

Dion J. Cassata, Esq.
Florida Bar No.: 672564
Email: dion.cassata@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466

*Counsel for Defendant Alorica, Inc.*