UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO., 1:23-CV-24670-JAL

SHANTEE REESE,

    Plaintiff,

v.

ALORICA INC.,
a foreign profit corporation,

    Defendant.
_____/

## MEDIATION REPORT

This matter was mediated before the undersigned mediator on June 11th, 2024.  The mediation was conducted via Zoom teleconference, and all parties participated. The mediation adjourned and continued over the following weeks.  The matter resolved as of June 24, 2024. The parties will file appropriate dismissal paperwork.

Dated: June 25, 2024

                                                Respectfully Submitted,

                                                *Robyn S. Hankins*
                                                Certified Mediator – Florida Supreme Court
                                                Florida Bar No. 0008699
                                                ROBYN S. HANKINS, P.L.
                                                1217 Merlot Dr.
                                                Palm Beach Gardens, Fl.  33410
                                                Telephone: (561) 721-3890
                                                robyn@hankins-law.com
                                                scott@hankins-law.com

## Certificate of Service

      I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                        By:    **_/s/Robyn Hankins_**
                                                    Robyn Hankins