**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

SHANTE REESE,

    PLAINTIFF,

v.

ALORICA INC.,

    DEFENDANT.

Case No.:23-24670-CIV-LENARD/Elfenbein

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Shante Reese and Defendant Alorica Inc. hereby stipulate to the dismissal with prejudice of any and all claims which Plaintiff brought or could have brought in the above-entitled action against Defendant. All parties shall bear their own costs and attorneys' fees incurred in this matter.

Dated: July 8, 2024.

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| */s/ Kyle T. MacDonald* | /s/ *Dion J. Cassata* |
| Kyle T. MacDonald, Esq. | Dion J. Cassata, Esq. |
| Florida Bar No.: 1038749 | Florida Bar No.: 672564 |
| E-mail: *kyle@dereksmithlaw.com* | Email: *dion.cassata@jacksonlewis.com* |
| DEREK SMITH LAW GROUP, PLLC | JACKSON LEWIS P.C. |
| 520 Brickell Key Drive, Suite O-301 | One Biscayne Tower, Suite 3500 |
| Miami, Florida 33131 | Two South Biscayne Boulevard |
| Telephone: (305) 946-1884 | Miami, Florida 33131 |
| | Telephone: (305) 577-7600 |
| | Facsimile: (305) 373-4466 |